UNITED STATES DISTRICT COURT TRI
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02592-RMR

FITNESS TOGETHER FRANCHISE, LLC,

Plaintiff,

v.

NATHAN PARTRIDGE; and
COURTNEY CRONIN,

Defendants.

---

## ORDER GRANTING
## PLAINTIFF'S MOTION TO RESTRICT ACCESS TO CONFIDENTIAL, TRADE SECRET, AND CLIENT INFORMATION

---

This matter comes before the Court on Plaintiff's Motion to Restrict Access to Confidential, Trade Secret, and Client Information ("Motion"). The Court being fully advised of the premises, having reviewed the pleadings and submissions of counsel, and finding that good cause exists,

HEREBY ORDERS that Plaintiff's Motion to Restrict is GRANTED. The Clerk of Court shall maintain as Level Two (accessible only by FTF and the Court) the restricted Exhibits 17-24 attached to Plaintiff's Complaint (ECF No. 1) and Exhibits 21-28 attached to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3).

SO ORDERED this 19th day of October, 2021.

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge